**FILED**
2021 Jun-16 PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA



2021 JUN 16  A 10: 54

Yvette Platt
_____
*Plaintiff*
*(Write your full name.  No more than one plaintiff may be named in a pro se complaint)*

}
}
}
}
}

v.

Doris ~~Cumm~~al Rinnagi
Mechelle Graither

}
}
}
}
}
}

Case No.: 7:21cv 815- LSC
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes   ☐ No

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

}
}
}
}
}
}
}

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff**

| | |
|---|---|
| Name | Yvette Platt |
| Street Address | 606 38th Street |
| City and County | Tuscaloosa  Al  35405 |
| State and Zip Code | Tuscaloosa  Al  35405 |
| Telephone Number | 205-239-2561 |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation.  If you are suing an individual in his/her official capacity, include the person's job or title.  Attach additional pages if needed.

Defendant No. 1

Name  DORIS Ringgl

Job or Title  Area Manager

Street Address  8140 troon Circle  Suite#160

City and County  Austell, GA 30168

State and Zip Code  30168

Defendant No. 2

Name  Mechelle Gaither

Job or Title  Senior Supervisor

Street Address  8140 troon Circle  Suite#160

City and County  Austell, GA 30168

State and Zip Code  30168

Defendant No. 3

Name

Job or Title

Street Address

City and County

State and Zip Code

Defendant No. 4

Name

Job or Title

Street Address

City and County

State and Zip Code

Defendant No. 5
    Name               _____

    Job or Title       _____

    Street Address    _____

    City and County   _____

    State and Zip Code _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question   ☐ USA Defendant   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency Doris Rimoagl    Mechelle Gaither

Address 8140 Troon Circle Suite #160   Austell GA 3068

### B.   If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The basic of Discrimination for Relation

**C.** **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

    The plaintiff, *(name)* _Yvette Platt_, is a citizen of the
    State of *(name)* _Tuscaloosa Al. 35405_

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _Michelle Baumer_ *(Doris Rinnera)* is a citizen of the
    State of *(name)* _Austell GA, 30168_. Or is a citizen of
    *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)*_____, is incorporated under
    the laws of the State of *(name)*_____, and has its
    principal place of business in the State of *(name)*_____.

    Or is incorporated under the laws of *(foreign nation)*
    _____, and has its principal place of
    business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional
    page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant
    owes or the amount that is at state – is more than $75,000, not counting
    interest and costs of court, because: *(explain)*

    _____
    _____
    _____

**III.** **Statement of Claim**

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have attachments which are included in my case against Defendents to actions thats taken place with date as follow with accurably to why I've decide this action should be looked into these are but a few things that been occuring with working at Nexem Fortuna design since I've been employee with the company to when claim no longer their due to wrongful termnaton no one wanted to here my side of the story and the senior supervisor wouldn't give them the proff I had also have.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Since I was let go wrongful on the 3/08/2021 due to wrongful termnaton it's been very hard for me to seeip eat or find work in this pandemic, I've not been write up only because I spoke up with issues and concerns wasthey reason Mechelle, Doris to releture about points to which I never knew of that the deciele to harrass me with all kinds of allegations.

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Yvette Platt_ Last Name _Platt_

Mailing Address _606 38th Street_

City and State _Tuscaloosa   Al_ Zip Code _35405_

Telephone Number _205-239-2567_

E-mail Address _YPlatt60600@Gmail.com_

Signature of plaintiff _Yvette Platt_

Date signed _5/16/2021_


**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at <u>www.pacer.gov</u>

Pro Se General Complaint for a Civil Case (Rev.10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

YPlatt6068@Gmail.com

Participant signature: Yvette Platt

Date: 6/16/2021